[Nos. 27240-7-II; 27271-7-II;  Division Two.  April 29, 2003.]
27953-3-II.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. DEEN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN C. KUSANDER, *Appellant*.

*In the Matter of the Personal Restraint of* STEVEN C. KUSANDER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 00-1-04960-1, Thomas Felnagle, J., entered March 28, 2001, together with a petition for relief from personal restraint. Judgments *affirmed* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[Nos. 27270-9-II; 27303-9-II.  Division Two.  April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS SEAN JAMES-ANDERSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DEAN SCOTT, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 00-1-04426-9, Marywave Van Deren, J., entered April 20, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater, J.; Armstrong, J., dissenting.

[No. 27723-9-II.  Division Two.  April 29, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ERICK DONALD GILSDORF, *Respondent*.

Appeal from judgments of the Superior Court for Pierce County, No. 01-1-01820-7, Stephanie A. Arend and Katherine M. Stolz, JJ., entered July 11 and August 8, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J.; Armstrong, J., dissenting.